UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA KEMP                                                                                       PLAINTIFF
ADC #139113

V.                                        5:18CV00145 JM/JTR

WENDY KELLY,
Director, ADC; and
CCS MEDICAL SERVICES                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 23rd day of October 2018.

_____
UNITED STATES DISTRICT JUDGE